# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAYLEE MARCEAU,<br><br>Defendant. | **Case No. CR-17-11-GF-BMM**<br><br>**DECLARATION OF MISTRIAL** |

A jury trial commenced in this case on Juhne 5, 2017. A mistrial was declared.

DATED this <u>6th</u> day of June, 2017.

_____
Brian Morris
United States District Court Judge

1