IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. JAYLEE MARCEAU, Defendant. | CR 17-11-GF-BMM  ORDER |
|---|---|

The United States having moved to dismiss the indictment after the Court's declaration of a mistrial (Doc. 66), **IT IS HEREBY ORDERED** that the indictment is dismissed without prejudice.

Dated this 14th day of June, 2017.

_____
Brian Morris
United States District Court Judge

1